## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA BITTENBENDER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5920** |
| | : | |
| **FAMILY SERVICES ASSOCIATION** | : | |
| **OF BUCKS COUNTY,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 26th day of February 2026, upon consideration of Plaintiff Cynthia

Bittenbender's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se*

Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. Bittenbender's Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. All federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

   b. All claims raised under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT**

_____
**HON. MIA R. PEREZ**